No. 1004. MUTUAL BENEFIT, HEALTH & ACCIDENT ASSN. *v.* BOWMAN.

Decided May 31, 1938. *Per Curiam:* The petition for writ of certiorari is granted limited to the question of the right of respondent to recover under the law of New Mexico. The judgment of the Circuit Court of Appeals is vacated and the cause is remanded to the Circuit Court of Appeals for determination of the question presented. *Erie Railroad Co.* v. *Tompkins, ante,* p. 64; *New York Life Ins. Co.* v. *Jackson, ante,* p. 261; *Rosenthal* v. *New York Life Ins. Co., ante,* p. 263. Messrs. *John S. Leahy, Philip E. Horan,* and *William C. Michaels* for petitioner. No appearance for respondent.